**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| I HEALTH AND LIFE INSURANCE SERVICES,<br>Plaintiff, | ) ) ) | |
| | ) | Case No. 1:25-cv-01315-AOB-T |
| v. | ) ) | |
| UNITED STATES OF AMERICA,<br>Defendant. | ) ) | |

**EXHIBIT A - STATEMENT UNDER R.C.F.C. 9(m)(2)(B)**

(i) Plaintiff I Health and Life Insurance Services seeks a refund of the Employee Retention Credit (Form 941-X refundable credit) for the quarter ended September 30, 2020.

(ii) Plaintiff seeks a refund of $50,536.74 plus interest, for the employment tax quarter ended September 30, 2020.

(iii) Plaintiff filed the Form 941-X, the return at issue, on or about January 18, 2023, and mailed this return to Department of Treasury, Internal Revenue Service, in Ogden, Utah 84201-0005.

(iv) Plaintiff has a taxpayer identification number of xx-xxx6681 and legal mailing address of 1131 E. Hogan Avenue, Fresno, California 93730.

(v) Plaintiff filed the Form 941-X claiming the requested refund on or about January 18, 2023, for the quarter ended September 30, 2020, and mailed the claim to Department of Treasury, Internal Revenue Service, Ogden, Utah 84201-0005.

(vi) Not applicable.

Dated: August 5, 2026

Respectfully submitted,

/s/ *Samuel D. Brotman*
**SAMUEL D. BROTMAN**
CA Bar No. 274966
sbrotman@sambrotman.com

**TARA NICOLE PULLANO**
IL Bar No. 6342966
tpullano@sambrotman.com

/s/ *Rojin Kayla Bijan*
**ROJIN KAYLA BIJAN**
CA Bar No. 366992
rbijan@sambrotman.com

BROTMAN LAW
12636 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (619) 378-3138
Fax: (619) 378-3039

*Counsel for Plaintiffs*