


EXHIBIT B


Private
office
Private
office
Desk /
office
Private office
Reception
Walls
Cubicles
Entry
Entry

EXHIBIT B