


EXHIBIT C



EXHIBIT C



EXHIBIT C



EXHIBIT C



EXHIBIT C



EXHIBIT C