CAF

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0038

*RECEIVED*
SEP 3 2025

| | |
|---|---|
| **Notice** | CP210 |
| **Tax period** | September 30, 2020 |
| **Notice date** | September 1, 2025 |
| **Employer ID number** | [redacted]6681 |
| **To contact us** | Phone 800-829-0115 |
| **Page 1 of 2** | |

032130.580711.134865.17207 1 AV 0.593 371

032130

I HEALTH AND LIFE INSURANCE
SERVICES
%SAMUEL D BROTMAN
402 W BROADWAY STE 800
SAN DIEGO CA 92101-8506

Changes to your September 30, 2020 Form 941

# Overpayment: $50,536.74

We made changes to your September 30, 2020 Form 941.

As a result, your overpayment is $50,536.74.

## Summary

| | |
|---|---|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 3,790.26 |
| Credits - Increase | 46,746.48 |
| **Overpayment** | **$50,536.74** |

EXHIBIT D

Continued on back...

| | |
|---|---|
| **Notice** | CP210 |
| **Tax period** | September 30, 2020 |
| **Notice date** | September 1, 2025 |
| **Employer ID number** | [redacted]6681 |
| **Page 2 of 2** | |

## What you need to do

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**

- If you haven't already received a refund check for $50,536.74, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect.

**If you don't agree with the changes**

- Call 800-829-0115 to review your account.
- If we don't hear from you, we'll assume you agree with the information in this notice.

## Additional information

- Visit IRS.gov/cp210.
- Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

EXHIBIT D